UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELAUN V. DEADMON,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY WANG, et al.,<br><br>Defendants. | Case No.  1:14-cv-00316-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM**<br><br>**(ECF No. 12)**<br><br>**DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g)**<br><br>**CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed on March 6, 2014 pursuant to 42 U.S.C. § 1983.

On February 25, 2015, the Magistrate Judge issued findings and a recommendation to dismiss the action with prejudice for failure to state a claim (ECF No. 12).  Plaintiff filed no objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendation filed on February 25, 2015 (ECF No. 12) in full,

2. The action is DISMISSED with prejudice for failure to state a claim and dismissal shall count as a strike pursuant to the "three strikes" provision set forth in 28 U.S.C. § 1915(g), and

3. The Clerk of the Court shall terminate all pending motions and close the case.

IT IS SO ORDERED.

Dated: __**March 18, 2015**__           __/s/ Lawrence J. O'Neill__
                                        UNITED STATES DISTRICT JUDGE

4.

2